1 | THOMAS L. WILSON, SBN 75218
2 | STEPHEN P. CASSIDY, SBN 221744
  | PIVO, HALBREICH, MARTIN, WILSON & AMO, LLP
3 | 535 Anton Boulevard, Suite 800
  | Costa Mesa, CA 92626
4 | Telephone:  (714) 619-2200
  | Facsimile:  (714) 619-2209
5 | twilson@phmwa.com

6 | Attorneys for Defendant and Counterclaimant,
  | HERZOG CONTRACTING CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIVERSIFIED PRODUCT INDUSTRIES, Ltd., a California Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>HERZOG CONTRACTING CORP., a Corporation, and DOES 1 through 25, inclusive,<br><br>        Defendants. | CASE NO.:  CV 06-6324 GW (Ex)<br><br>**JUDGMENT ON COUNTERCLAIM OF HERZOG CONTRACTING CORP.** |
| HERZOG CONTRACTING CORP.,<br><br>        Counterclaimant,<br><br>vs.<br><br>DIVERSIFIED PRODUCT INDUSTRIES, LTD.,<br><br>        Counterdefendant. | |

This action came on for hearing before the Court, on November 6, 2008, Hon. George H. Wu, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

/ / /

LA06CV06324GW-O.2.doc

1

**[Proposed] JUDGMENT ON COUNTERCLAIM OF HERZOG CONTRACTING CORP.**

1  IT IS HEREBY ORDERED AND ADJUDGED that HERZOG CONTRACTING CORP. is awarded judgment on its Counterclaim in the sum of $197,451.69, together with interest calculated from the date of the entry of the judgment in accordance with 28 U.S.C. § 1961(a), and costs pursuant to Federal Rules of Civil Procedure, Rule 54(d) and Local Rule 54-1.

Date:  November 20, 2008                    _____ /s/ George H. Wu _____

Hon. George H. Wu
United States District Judge