# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV06-6324-GW(Ex) | Date | December 29, 2008 |
|---|---|---|---|
| Title | *Diversified Product Industries, Ltd. v. Herzog Contracting Corp., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **COURT ORDER (IN CHAMBERS)**

On December 24, 2008, the Defendant and Counter Claimant Herzog Contracting Corp., filed a Notice of Settlement.  Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing re: Settlement is set for **January 22, 2009 at 8:30 a.m.**  If dismissal is filed by no later than 12:00 p.m. on January 21, 2009, the hearing will be taken off calendar, and appearance will not be necessary.

The Pretrial Conference set for December 29, 2008 at 8:30 a.m. and the Jury Trial set for January 6, 2009 at 9:00 a.m., are **taken off calendar.**

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JG |